UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **FLORENCIO PADILLA PEREZ,**<br><br>Petitioner,<br><br>v.<br><br>**KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security (DHS);**<br><br>**TODD LYONS; in his official capacity as Acting Director of Immigration and Customs Enforcement (ICE);**<br><br>**FIELD OFFICE DIRECTOR, for Immigration and Customs Enforcement (ICE) for Southern Nevada;**<br><br>**JOHN MATTOS, in his official capacity as Warden of the Nevada Southern Detention Center;**<br><br>**PAMALA BONDI, in her official capacity as the United States Attorney General;**<br><br>**The Executive office for Immigration Review;**<br><br>**United States Immigration and Customs Enforcement (ICE).**<br><br>Respondents. | CASE NO: _____25-2399_____<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEYS NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br><br>FILING FEE IS $250.00 |

MATTHEW K. TOYN Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and member of the law firm of Prospera Legal, PC, with Offices at 2975 W Executive Pkwy., Suite 159, Lehi, Utah, 84043; (801) 733-1114; MToyn@ProsperaLegal.com

2. That Petitioner has been retained personally or as a member of the law firm by FLORENCIO PADILLA PEREZ to provide legal representation in connection with the above-entitled case now pending before this Court.

1

3. That since <u>October 16, 2014</u>, Petitioner has been and presently is in good standing of the bar of the highest Court of the State of UTAH where Petitioners regularly practice law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicants' membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, The Supreme Court of the United States and Courts of other States on the dates indicated for each respectively as follows, and that Petitioners are presently a member in good standing of the bars of said Courts:

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court for District of Utah | 10/16/2016 | 15271 |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

| |
|---|
| None |

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

| |
|---|
| None |

7. That Petitioner is a member of good standing in the following Bar Associations.

> None

8. Petitioner has filed application(s) to appear as counsel under Local Rule 1A 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (state "none" if no applications.)

> None

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

11. Petitioner has disclosed in writing to the client that the applicants are not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF UTAH             )
                          )
COUNTY OF SALT LAKE       )

I, Matthew K. Toyn, being first duly sworn, and under penalty of perjury do hereby declare and affirm that the foregoing statements are true.

_____
Petitioner's signature

3

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believe sit to be in the best interests of the client(s) to designate T. LAURA LUI, attorney at law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action the address and email address of said designated Nevada counsel is:

5902 Simons Dr
Reno, NV 89523
(435) 429-1096; llui@fslaw.com

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) T. LAURA LUI as his/her/their Designated Resident Nevada Counsel in this case.

_____
Matthew K. Toyn, Attorney

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada Counsel in this case.

/s/ Laura Lui
_____
T. Laura Lui, Designated Resident Nevada Counsel
Bar Number: 5535
Email: llui@fslaw.com

APPROVED.
Dated this 9th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE

4

APPROVED:

Dated: This _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 12/3/2025

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Matthew K Toyn

This is to certify that Matthew K Toyn, Utah State Bar No. 15271 was admitted to practice law in Utah on 10/16/2014.

Matthew K Toyn is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No.2025 -1153488
verify by email at cogsrequest@utahbar.org