T. Laura Lui, NV Bar #: 5535
Fillmore Spencer LLC
5902 Simons Dr
Reno, NV 89523
Tel: (435) 429-1096
Email:  llui@fslaw.com
*Pro-hac Vice Counsel*

Matthew K. Toyn, UT Bar #: 15271
Prospera Legal, PC
2975 W Executive Pkwy, Suite 159
Lehi, UT 84043
Telephone: (801) 733-1114
Email: mtoyn@prosperalegal.com
*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **FLORENCIO PADILLA PEREZ,**<br><br>Petitioner,<br><br>v.<br><br>**KRISTI NOEM,** *et al.,*<br><br>Respondents. | **STIPULATED SCHEDULING ORDER FOR MERITS BRIEFING**<br><br><br>**CASE NO:   2:25-cv-02399-RFB-DJA** |

The parties, by and through their respective counsel, stipulate and propose the following briefing schedule for resolution of the merits of Petitioner's Petition for Writ of Habeas Corpus, pursuant to the Court's December 23, 2025 Order (ECF No. 16) directing that "on or before January 7, 2026, the parties shall file a stipulated proposed scheduling order for full briefing on the merits of the Petition."

1. **RESPONDENTS' MERITS RESPONSE.** Respondents shall file their response addressing the merits of the Petition on or before **January 19, 2026**. Any such response shall include all evidentiary support of Respondents' position with respect to the timeliness of the Notice of Appeal from the Immigration Judge's October 22, 2025 grant of Cancellation of Removal and the November 20th, 2025 filing deadline as required by 8 C.F.R. § 1003.38(b), which provides

that "[t]he Notice of Appeal must be filed within 30 calendar days after the Immigration Judge's oral decision.", including authenticated EOIR/BIA receipt records, declarations, or other competent evidence.

2. **PETITIONER'S REPLY.** Petitioner shall file a reply in support of the Petition on or before **January 22, 2026**.

3. **OPTIONAL SUR-REPLY (LIMITED ISSUE).** If the Court determines that additional briefing is necessary on the narrow issue of the timeliness and finality of the Immigration Judge's Cancellation of Removal order, Respondents may file a short sur-reply limited solely to that issue, not to exceed ten (10) pages, on or before **January 26, 2026**, unless otherwise ordered by the Court.

4. **NO FURTHER BRIEFING ABSENT LEAVE OF COURT.** No further briefing shall be permitted absent leave of Court.

5. **ORAL ARGUMENT.** The parties do not request oral argument at this time and defer to the Court as to whether oral argument would assist in resolution of the merits.

This proposed schedule is intended to ensure prompt resolution of the remaining legal issues in light of the Court's findings, Petitioner's prior unlawful detention, and the expedited nature of habeas proceedings.

DATED this 7th day of January, 2026.

Respectfully submitted:

**FOR PETITIONER:**

/s/ *T. Laura Lui*
T. Laura Lui, NV Bar #: 5535
Pro Hac Vice Counsel
Fillmore Spencer LLC
5902 Simons Dr

                Reno, NV 89523

                /s/ *Matthew K. Toyn*_____
                Matthew K. Toyn, UT Bar #: 15271
                Attorney for Petitioner
                Prospera Legal, PC
                2975 W Executive Pkwy, Suite 159
                Lehi, Utah 84043

**Approved as to form and content:**

The undersigned counsel approve this Stipulated Scheduling Order as to form and content only and authorize the use of their electronic signatures for filing purposes pursuant to Fed. R. Civ. P. 5(d)(3) and Local Rule IA 11-3.

                **FOR RESPONDENTS:**

                /s/ *Christian R. Ruiz*_____
                Christian R. Ruiz
                Assistant United States Attorney
                United States Attorney's Office
                District of Nevada

                **ORDER**

Good cause appearing, **IT IS HEREBY ORDERED** the Parties' stipulated schedule for merits briefing is **APPROVED**.

**DATED:** January 8, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

3